McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:  808-524-8293

Attorney for Defendant
OSI COLLECTION SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JUDITH PRYOR, ) | CIVIL NO. CV07-00063 SOM LEK |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE AS TO ALL |
| vs. ) | CLAIMS AND PARTIES AND |
| ) | ORDER |
| OSI COLLECTION SERVICES, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | TRIAL: MARCH 11, 2008 |
| _____ ) | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant OSI COLLECTION SERVICES, INC., by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff JUDITH PRYOR, by and through her attorney, John Harris Paer, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no

165038.1

remaining claims or parties.  Trial of this matter is set for March 11, 2008.

DATED:  Honolulu, Hawai`i, August 13, 2007.

    /s/ DAVID J. MINKIN
DAVID J. MINKIN
Attorney for Defendant
OSI COLLECTION SERVICES, INC.

    /s/ JOHN HARRIS PAER
JOHN HARRIS PAER
Attorney for Plaintiff
JUDITH PRYOR

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

Pryor vs. OSI COLLECTION SERVICES, INC., Civil No. 07-00063 SOM LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER